UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNARDO CACERES,

          Plaintiff,

    -against-

NEW YORK CITY DEPARTMENT OF
CORRECTIONS OFFICER NATHANIEL
WILLIAMSON, in his individual capacity; NEW
YORK CITY DEPARTMENT OF CORRECTIONS
OFFICERS "JOHN and JANE DOES" #1-8, in their
individual capacities; THE CITY OF NEW YORK;
NEW YORK CITY CORRECTION OFFICERS'
BENEVOLENT ASSOCIATION PRESIDENT
BENNY BOSCIO; NEW YORK CITY
CORRECTION OFFICERS' BENEVOLENT
ASSOCIATION,

          Defendants.

Civil Case No. 1:26-cv-04914

**MOTION FOR ADMISSION
PRO HAC VICE**

        Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Albert Huber, hereby move this Court for an

Order for admission to practice *pro hac vice* and appear as counsel for Plaintiff Bernardo

Caceres in the above-captioned action.

        I am a member in good standing of the bar of the State of Florida and there are no

pending disciplinary proceedings against me in any state or federal court. I have never been

convicted of a felony. I have never been censured, suspended, disbarred, or denied

admission or readmission by any court. I have attached the affidavit pursuant to Local Rule

1.3.

Dated: June 10, 2026        Respectfully submitted,

                    */s/ Albert Huber*
                    Albert Huber
                    Emery Celli Brinckerhoff Abady Ward & Maazel LLP
                    One Rockefeller Plaza, 8th Floor
                    New York, NY 10020
                    Telephone: (212) 763-5000/Fax: (212) 763-5001
                    Email: ahuber@ecbawm.com

                    *Attorneys for Plaintiff Bernardo Caceres*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNARDO CACERES,

                    Plaintiff,

     -against-

NEW YORK CITY DEPARTMENT OF
CORRECTIONS OFFICER NATHANIEL
WILLIAMSON, in his individual capacity; NEW
YORK CITY DEPARTMENT OF CORRECTIONS
OFFICERS "JOHN and JANE DOES" #1-8, in their
individual capacities; THE CITY OF NEW YORK;
NEW YORK CITY CORRECTION OFFICERS'
BENEVOLENT ASSOCIATION PRESIDENT
BENNY BOSCIO; NEW YORK CITY
CORRECTION OFFICERS' BENEVOLENT
ASSOCIATION,

                    Defendants.

Civil Case No. 1:26-cv-04914

**AFFIRMATION OF ALBERT
HUBER IN SUPPORT OF MOTION
FOR ADMISSION PRO HAC VICE**

I, Albert Huber, being duly sworn, hereby depose and say as follows:

1. I am an associate with the law firm of Emery Celli Brinckerhoff Abady Ward & Maazel LLP.

2. I submit this affirmation in support of my motion for admission to practice pro hac vice in the above-captioned case.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of Florida.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7. My Florida attorney registration number is: 1031855.

8. Wherefore, your affiant respectfully requests that he be permitted to appear as counsel and advocate pro hac vice 1:26-cv-04914 for Plaintiff, Bernardo Caceres.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 10, 2026

Respectfully submitted,

Albert Huber
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
One Rockefeller Plaza, 8th Floor
New York, NY 10020
Telephone: (212) 763-5000/Fax: (212) 763-5001
Email: ahuber@ecbawm.com
*Attorneys for Plaintiff Bernardo Caceres*

Subscribed to and sworn before me
This 10th day of June, 2026

Notary Public

STACIE PERLMAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01PE0012863
Qualified in New York County
My Commission Expires 08-29-2027

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June 2026, the foregoing document was filed electronically, and service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system and/or electronic mail as required by the local rules of the United States District Court for the Southern District of New York.

Albert Huber

# Supreme Court of Florida

## Certificate of Good Standing

*I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do*

*hereby certify that*

### ALBERT LAWRENCE HUBER

*was admitted as an attorney and counselor entitled to practice law in all the*

*Courts of the State of Florida on* **SEPTEMBER 20, 2021**, *is presently in good*

*standing, and that the private and professional character of the attorney appear*

*to be good.*



*WITNESS my hand and the Seal of the*

*Supreme Court of Florida at Tallahassee,*

*the Capital, this MAY 27, 2026.*

_____

**Clerk of the Supreme Court of Florida**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNARDO CACERES,

              Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF
CORRECTIONS OFFICER NATHANIEL
WILLIAMSON, in his individual capacity; NEW YORK
CITY DEPARTMENT OF CORRECTIONS OFFICERS
"JOHN and JANE DOES" #1-8, in their individual
capacities; THE CITY OF NEW YORK; NEW YORK
CITY CORRECTION OFFICERS' BENEVOLENT
ASSOCIATION PRESIDENT BENNY BOSCIO; NEW
YORK CITY CORRECTION OFFICERS'
BENEVOLENT ASSOCIATION,

              Defendants.

Civil Case No. 1:26-cv-04914

**ORDER FOR ADMISSION**
*PRO HAC VICE*

This motion of Albert Huber ("Applicant") for admission to practice *pro hac vice* in the above-captioned matter is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Florida, and that his contact information is as follows:.

Albert Huber
Emery Celli Brinckerhoff Abady Ward & Maazel LLP
One Rockefeller Plaza, 8th Floor
New York, NY 10020
Tel: 212-783-5000
Email: ahuber@ecbawm.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Bernardo Caceres in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: June __, 2026              Respectfully submitted,

_____
United States District Judge