EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
VASUDHA TALLA
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

DANIEL M. EISENBERG

CLAIRE Z. ABBADI
ERIC ABRAMS
NICK BOURLAND
HANNAH BRUDNEY
SARA LUZ ESTELA
ALBERT HUBER*
LAURA S. KOKOTAILO
HAFSA S. MANSOOR
SANA MAYAT
ADAM NASSER
VIVAKE PRASAD
MAX SELVER
MAGGIE TURNER
EMILY K. WANGER
RACHAEL WYANT
SYDNEY ZAZZARO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/10/2026

August 7, 2026

***Via ECF***

Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*Re:* *Caceres v. Williamson, et al.* (26-cv-4914); *Dufault v. New York, et al.* (26-cv-4566)

Dear Judge Garnett:

We write with the consent of all parties who have appeared in *Caceres v. Williamson, et al.*, and *Dufault v. New York, et al.*, in response to this Court's scheduling order filed on August 5, 2026. *See* Dkt. No. 19. In accordance with Rule I(B)(5) of this Court's Individual Rules, the parties jointly request an adjournment of the Initial Pretrial Conference and extension of the deadline to file a proposed Civil Case Management Plan and Scheduling Order. Currently, the Initial Pretrial Conference is scheduled for August 19, 2026, and the deadline to file a proposed Civil Case Management Plan and Scheduling Order is August 12, 2026. The parties respectfully request the Court adjourn the Initial Pretrial Conference to September 22, 2026, and extend the deadline to file a proposed Civil Case Management Plan and Scheduling Order to September 15, 2026. This is the first request for an adjournment and extension.

There are three reasons for this request. First, none of the Defendants in *Caceres v. Williamson, et al.* have answered the Complaint, and their deadline to do so is September 8, 2026. In fact, no attorney has yet appeared on behalf of Defendant Williamson, as the Law

* Albert Huber: admitted only in Florida.

Department of the City of New York is still investigating whether it may represent him. *See* Dkt. No. 13. Thus, the parties in *Caceres v. Williamson, et al.* are not yet prepared to hold a fruitful Rule 16 conference. Second, the plaintiffs and the City are exploring settlement options and the adjournment will preserve the parties' and the Court's resources if successful. Third, some of the attorneys in *Caceres v. Williamson, et al.* are not available to attend an Initial Pretrial Conference on August 19, 2026.

For the foregoing reasons, the parties in *Caceres v. Williamson, et al.*, and *Dufault v. New York, et. al.*, jointly request the Initial Pretrial Conference be adjourned to September 22, 2026, and the deadline to file a proposed Civil Case Management Plan and Scheduling Order be extended to September 15, 2026. We thank you very much for your attention to this matter.

Respectfully,

/s

Earl S. Ward
Albert Huber

c. All parties in *Caceres v. Williamson, et al.* via ECF and all parties in *Dufault v. New York, et al.* via email.

GRANTED. The Initial Pretrial Conference currently scheduled for August 19, 2026 is ADJOURNED to **Wednesday, September 23, 2026**, at **9:30 a.m.**

The deadline to file the joint letter and proposed Civil Case Management Plan and Scheduling Order is EXTENDED to **September 16, 2026**.

SO ORDERED. Dated August 10, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE